IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| M&S GRADING, INC., ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| CONTRACTORS, LABORERS, ) | |
| TEAMSTERS AND ENGINEERS HEALTH) | |
| & WELFARE PLAN, CONTRACTORS, ) | |
| LABORERS, TEAMSTERS AND ) | |
| ENGINEERS PENSION PLAN, DEAN ) | |
| HIGHTREE, KIM QUICK, TOM ) | |
| MERKSICK, CALVIN G. NEGUS, ) | |
| VIC J. LECHTENBERG and EUGENE ) | |
| LEA, TRUSTEES, ) | |
| ) | |
| Appellants, ) | 8:07CV196 |
| ) | |
| v. ) | |
| ) | |
| M&S GRADING, INC., ) | ORDER |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the appellants' motion for leave to file appellants' brief out of time and for extension of time to file brief (Filing No. 5). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that appellants' motion is granted; appellants shall have until June 19, 2007, to file their brief.

DATED this 11th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court