IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

IN THE MATTER OF:                    )
                                     )
      M&S GRADING, INC.,             )
                                     )
              Debtor.                )
_____)
CONTRACTORS, LABORERS,               )
TEAMSTERS AND ENGINEERS HEALTH)
& WELFARE PLAN, CONTRACTORS,  )
LABORERS, TEAMSTERS AND              )
ENGINEERS PENSION PLAN, DEAN  )
HIGHTREE, KIM QUICK, TOM             )
MERKSICK, CALVIN G. NEGUS,           )
VIC J. LECHTENBERG and EUGENE )
LEA, TRUSTEES,                       )
                                     )
              Appellants,            )          8:07CV196
                                     )
        v.                           )
                                     )
M&S GRADING, INC.,                   )          ORDER
                                     )
              Defendant.             )
_____)


         This matter is before the Court on the agreed motion to

extend time to file appellee's brief (Filing No. 8).  The Court

finds said motion should be granted.  Accordingly,

         IT IS ORDERED that said motion is granted; appellee

shall have until July 27, 2007, to file their brief.

         DATED this 16th day of July, 2007.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court